# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWTIS DONALD RHODEN,<br><br>Petitioner,<br><br>v.<br><br>BRANDON PRICE, Director,<br><br>Respondent. | Case No. 8:20-cv-01096-MWF (PD)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 29, 2021

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE